IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TAMIKA JONES, )<br> Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF GERMANTOWN, et al., )<br> Defendants. ) | No. 2:23-cv-02702-SHL-atc |

**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JUDGE ROBERT M. BRANNON, JR., JUDGE KEVIN PATTERSON, TAYLOR CATES, NICHOLAS PIEROTTI, AND BILLY PRICE**

  Before the Court is the Parties' Stipulation of Voluntary Dismissal with Prejudice as to the Defendants, Judge Robert M. Brannon, Jr.; Judge Kevin Patterson; Taylor Cates; Nicholas Pierotti; and Billy Price, filed June 24, 2024. (ECF No. 57.)

  By stipulation of the Parties, Plaintiff agreed to voluntarily dismiss with prejudice all claims against multiple, but not all, Defendants in this case under Rule 41(a)(1)(A)(ii). (ECF No. 57 at PageID 371.) However, in multi-defendant matters, "Rule 21 provides the appropriate basis for dismissal" of less than all the Defendants. Henderson-Thompson v. Jardoin, No. 2:22-cv-2013-MSN-cgc, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)); see also Wilkerson v. Brakebill, No. 3:15-CV-435-TAV-CCS, 2017 WL 401212, at *2 (E.D. Tenn. Jan. 30, 2017) (collecting district court cases from within the Sixth Circuit that recognize that Rule 21, rather than Rule 41, is applicable when dismissing a single claim or defendant rather than an entire lawsuit). Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Dropping parties under Rule 21 functions as a dismissal of the party. See Henderson-Thompson, 2022 WL 349896, at *2.

Thus, all claims against Defendants, Judge Robert M. Brannon, Jr., in his official capacity as judge of the Germantown Municipal Court; Judge Kevin Patterson, in his official capacity as judge of the Germantown Municipal Court; Taylor Cates, in his official capacity as chief prosecutor of the Germantown Municipal Court; Nicholas Pierotti, in his official capacity as prosecutor of the Germantown Municipal Court; and Billy Price, in his official capacity as court administrator of the Germantown Municipal Court are **DISMISSED WITH PREJUDICE** under Rule 21.  This dismissal does not apply to Plaintiff's claims against Defendant City of Germantown, which remain pending before the Court.

**IT IS SO ORDERED,** this 25th day of June, 2024.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
