UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TAMIKA JONES,

    Plaintiff,

v.                                                                             No. 2:23-cv-02702-SHL-atc

CITY OF GERMANTOWN,

    Defendant.

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and by stipulation of all parties having appeared in this action, Plaintiff voluntarily dismisses this action with prejudice.

                                          Respectfully submitted,

                                          s/ Bryce W. Ashby
                                          Donald A. Donati #8633
                                          Bryce W. Ashby #26179
                                          Melissa Stewart #40638
                                          DONATI LAW, PLLC
                                          1545 Union Avenue
                                          Memphis, Tennessee 38104
                                          (901) 278-1004 Telephone
                                          (901) 278-3111 Facsimile
                                          don@donatilaw.com Email
                                          bryce@donatilaw.com Email
                                          melissa@donatilaw.com Email

                                          Ryan Wiley #27624
                                          The Wiley Law Firm
                                          1355 Lynnfield, Suite 245
                                          Memphis, Tennessee 38119
                                          ryan@thewileylawfirm.com Email

                                          *Attorneys for Plaintiff*

HARRIS SHELTON HANOVER WALSH, PLLC

s/ William J. Wyatt
Edward J. McKenney, Jr. #5380
William J. Wyatt #25774
William L. Brantley #38403
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
(901) 525-1455 Telephone
(901) 526-4084 Facsimile
emckenney@harrisshelton.com Email
wwyatt@harrisshelton.com Email
wbrantley@harrisshelton.com Email
*Attorneys for Defendant*

2