# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TAMIKA JONES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:23-cv-02702-SHL-atc |
| | ) |
| CITY OF GERMANTOWN, et al., | ) |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 3, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Voluntary Dismissal with Prejudice (ECF No. 59), filed July 29, 2024, all claims in this matter are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 29, 2024
Date